**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,

               Respondent

            v.

RAYNERDO JONES,

               Petitioner

:  No. 101 EAL 2022
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of August, 2022, the Petition for Allowance of Appeal is **DENIED**.